**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adrian OBISPO–TORRES, a.k.a. Jose Obispo–Garcia, Adrian Obispo Torres, Defendant–Appellant.**

No. 08–10020.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 30, 2009.

Angela W. Woolridge, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Adrian Obispo–Torres, Florence, AZ, pro se.

Alfred Islas, Esq., Tucson, AZ, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Adrian Obispo–Torres appeals from the 57–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Obispo–Torres' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Obispo–Torres has filed a pro se supplemental brief and a motion to correct his sentence. The government has filed a motion to dismiss this appeal based on the appeal waiver in Obispo–Torres' plea agreement.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

The government's motion to dismiss is **DENIED.** *See United States v. Jacobo Castillo,* 496 F.3d 947, 954 (9th Cir.2007) (en banc). The appellant's motion to correct his sentence is also **DENIED.**

R.App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

